LISA R. LANG, OSB NO. 025035
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DONALD GORDON SOOK,<br>       Plaintiff,<br><br>vs.<br><br>COMMISSIONER of Social Security,<br>       Defendant | Civil Action No. 3:21-cv-00930-HL<br><br><br>ORDER GRANTING AWARD<br>OF ATTORNEYS FEES UNDER<br>42 U.S.C. § 406(b) |

ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $30,205.75, minus $4,563.35 in EAJA fees received and minus $6,000 credit by Counsel to client, for the total amount of **$19,642.40** withheld for Plaintiff's federal court attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of his past due benefits.

DATED this __8th__ day of ____May____, 2023

_____
U.S. MAGISTRATE JUDGE